# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOSE MACHADO

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11CV2033-GT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDER denying Motion to Vacate (2255) as to Jose Machado.

| November 29, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | K. Ridgeway |
| | (By) Deputy Clerk |
| | ENTERED ON November 29, 2012 |

12CV2033-GT